In the Matter of David E. Berg, Respondent, against Harold W. Marsh et al., as Commissioners of the Municipal Civil Service Commission of the City of New York, Appellants.

Argued February 26, 1945; decided April 5, 1945.

*Ignatius M. Wilkinson,* Corporation Counsel (*Murray Sendler* and *James Hall Prothero* of counsel), for appellants.

*Samuel W. Sherman* for respondent.

Order affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Lewis, Conway, Desmond and Dye, JJ. Taking no part: Thacher, J.